JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

PABLO FELIX,

        Petitioner,

   v.

DEPARTMENT OF HOMELAND SECURITY,

        Respondent.

Case No. 5:25-cv-02453-JWH-ACCV

**JUDGMENT**

Pursuant to the "Order Accepting Findings and Recommendations of United States Magistrate Judge" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the petition under 28 U.S.C. § 2241 is **GRANTED**, with no further proceedings, consistent with the reasons and findings set forth in the May 6, 2026, Report and Recommendation of United States Magistrate Judge.[1]

**IT IS SO ORDERED.**

Dated:  June 8, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1]   Report and Recommendation [ECF No. 42].

-2-